**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>JUDITH PEPE,<br>*Defendant* | Docket No. 3:25-CR-30007 |

**DEFENDANT'S MOTION TO COMPEL PRODUCTION OF BODY-WORN-CAMERA POLICIES**

Defendant, by and through counsel, respectfully moves for an order pursuant to Fed. R. Crim. P. 16(d)(2) and Local Rules 116.1(c)(1)(A) and 116.2(a)(3) for the government to produce the policies and procedures that govern the body-worn-cameras of the following entities or agencies:

(1) The Federal Bureau of Investigation

(2) Any federal, state or municipal agency whose employee(s) were among the "personnel from partner law enforcement agencies" who interacted with or observed the Defendant on or about February 4, 2025.

As reason therefor, and as argued more fully in the accompanying memorandum of law, the Defendant asserts and argues that the requested policies are material and exculpatory.

Respectfully Submitted,
JUDITH PEPE,
By Counsel,
*/s/ Dana Goldblatt*
Massachusetts BBO# 601022
The Law Office of Dana Goldblatt
150 Main Street, Ste 28
Northampton, MA 01060
413-570-4136
dana@danagoldblattlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | ) |
| v. | ) Docket No. 3:25-CR-30007 |
| JUDITH PEPE,<br>*Defendant.* | ) |

## CERTIFICATIONS

Certificate of Consultation

I hereby certify pursuant to Local Rule 116.3(f) that I conferenced the Defendant's Motion to Compel with counsel for the Government on or about August 14, 2025.

/s/ Dana Goldblatt

Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on September 1, 2025.

/s/ Dana Goldblatt