UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JAMES G. PEPE, III,

      Defendant

CRIMINAL No. 3:25-cr-30007-MGM

## REPLY TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

The government, by and through its attorneys, U.S. Attorney Leah B. Foley and Assistant U.S. Attorney Thomas A. Barnico, Jr., hereby requests that the Court DENY Defendant's Motion to Compel Discovery. As reason therefore, the government has agreed to provide the defendant with the Federal Bureau of Investigation's *Body-Worn Cameras Policy Guide* (1343PG) without restriction. The first section (4.1) was provided to defense counsel on September 30, 2025 and the government is actively obtaining the remaining sub-sections from FBI legal counsel, which will be provided to defense counsel without restriction as well. *See* Exhibit A, September 30, 2025 Discovery Letter to Atty. Goldblatt.

The government's production of these materials does not represent any concession to, or agreement with, defense counsel's Motion or the arguments included therein. In particular, the government disagrees with defense counsel's characterization of these documents as exculpatory and/or a basis for discrediting agents.

As such, the Court should DENY defendant's motion because it is now moot.

Date:  September 30, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Thomas A. Barnico, Jr.*
Thomas A. Barnico, Jr. (BBO#696929)
Assistant United States Attorney
United States Attorney's Office
300 State Street, Suite 230
Springfield, MA 01105

## CERTIFICATE OF SERVICE

I, Thomas A. Barnico, Jr., hereby certify that the foregoing was filed through the Electronic Court filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

Date: September 30, 2025

*/s/ Thomas A. Barnico, Jr.*
Thomas A. Barnico, Jr.
Assistant United States Attorney

**EXHIBIT A**



**U.S. Department of Justice**

*Leah B. Foley*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 30, 2025

<u>*Sent Via Email*</u>

**Dana L. Goldblatt**
Law Office of Dana Goldblatt
150 Main Street, Ste 28
Northampton, MA 01060
413-570-4136
Fax: 413-301-9761
Email: dana@danagoldblattlaw.com

   Re: **United States v. James Pepe III, a/k/a "Judith Pepe"**
     **Criminal No. 3:25-cr-30007-MGM**

Dear Counsel:

  This letter is in response to your email request for the policies applicable to body-worn camera usage by law enforcement and your Motion to Compel the same. As you will recall, I requested and obtained this information from FBI legal counsel. FBI legal counsel originally requested that you sign a non-disclosure agreement before I sent these materials to you. After you declined to do so and filed Defendant's Motion to Compel Discovery, I consulted with FBI legal counsel again. FBI legal counsel now advises that the materials can be produced without a protective order and without a non-disclosure agreement.

  I am attaching to this letter sub-section 4.1 of the FBI's *Body-Worn Camera Policy Guide* (1343PG). These are the materials responsive to your request that are currently in my possession. They have been available for your review at the U.S. Attorney's Office since before August 5, 2025. (ECF No. 29). I have requested from FBI the remaining sub-sections to the *Body-Worn Camera Policy Guide* and intend to produce those to you prior to our October 7, 2025 court date.

  The production of these materials in no way constitutes, signals, or should be represented

as the government's assent or agreement with any arguments made in Defendant's Motion to Compel Discovery. The government is filing a reply brief to your motion and requesting the Court dismiss the Motion as moot.

Please call the undersigned Assistant U.S. Attorney at 413-785-0142 if you have any questions.

Very truly yours,

LEAH B. FOLEY
United States Attorney

By:    */s/ Thomas A. Barnico, Jr.*
Thomas A. Barnico, Jr.
Assistant U.S. Attorney

2