**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | ) | |
| v. | ) | Docket No. 3:25-CR-30007 |
| JUDITH PEPE,<br>*Defendant.* | ) | |

# DEFENDANT'S MOTION TO COMPEL PRODUCTION OF BODY-WORN-CAMERA POLICIES

Defendant, by and through counsel, respectfully moves for an order pursuant to Fed. R. Crim. P. 16(d)(2) and Local Rules 116.1(c)(1)(A) and 116.2(a)(3) for the government to produce the Subsection 4.2 and Subsection 4.7 of the Body-Worn Cameras Policy Guide (1342PG) of the Federal Bureau of Investigation.

(1) Subsection 4.2

(2) Subsection 4.7

As reason therefor, and as argued more fully in the accompanying memorandum of law, the Defendant asserts and argues that the requested policies are material and exculpatory.

Respectfully Submitted,
JUDITH PEPE,

By Counsel,
*/s/ Dana Goldblatt*
Massachusetts BBO# 601022
The Law Office of Dana Goldblatt
150 Main Street, Ste 28
Northampton, MA 01060
413-570-4136
dana@danagoldblattlaw.com